# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| George Fox,<br>Lauren Fox,<br><br>                    *Debtors.* | Case No. 20-10524-AMC<br>Chapter 13 |

## Order Granting Motion to Modify Plan After Confirmation

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtors George Fox and Lauren Fox, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 60 is **APPROVED**.

Date: Sept. 19, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge