# In the United States Bankruptcy Court
## for the Eastern District of Pennsylvania

In re:

    George Fox and Lauren Fox,

        Debtors.

Case No. 20-10524-AMC

Chapter 13

### Certificate of No Response to Supplemental Application for Compensation and Certificate of No Administrative Expense Applications

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the supplemental application for compensation filed on August 22, 2024, as ECF No. 61.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the supplemental application, responses to the application were to be filed and served on or before September 5, 2024.

Date: September 23, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com