**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

# REQUEST FOR CHANGE OF ADDRESS

**DEBTORS NAME:**  George C. Fox and Lauren K. Fox

**CASE NO.:**  20-10524 - AMC          **JUDGE:**  Ashely M. Chan          **CHAPTER:**  13

**CHANGE FOR:**    X   Creditor

**PROOF OF CLAIM #:** 14-1

**EFFECTIVE DATE OF CHANGE:**  8/19/2024

**AUTHORIZED AGENT FOR CREDITOR:**   A. Michelle  Hart Ippoliti

**NAME:**    Village Capital & Investment

**NEW NOTICE ADDRESS:**   2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074

**NEW PAYMENT ADDRESS:**   2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074

**************************************************************************

**NAME:**    Village Capital & Investment

**OLD NOTICE ADDRESS:**   2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074

**OLD PAYMENT ADDRESS:**   2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074

**THIS CHANGE OF ADDRESS WAS FURNISHED BY:**   Village Capital & Investment

DATE:   September 25, 2024

       BANKRUPTCY CASE NO. 20-10524 - AMC
       CHAPTER 13

## CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLC, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That on the date below, I served a copy of the within REQUEST FOR CHANGE OF ADDRESS filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

| | |
|---|---|
| George C. Fox<br>1964 Oakford Avenue<br>Feasterville, PA   19053 | Lauren K. Fox<br>1964 Oakford Avenue<br>Feasterville, PA   19053 |
| Michael A. Cibik, Esq.<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | *(served via ECF notification)* |
| Kenneth E. West, Trustee<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | *(served via ECF notification)* |
| United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 | *(served via ECF notification)* |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    09/25/2024    By:    /s/A. Michelle   Hart Ippoliti
                  (date)                  A. Michelle   Hart Ippoliti
                                           Email: michelle.ippoliti@mccalla.com
                                           Authorized Agent



2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074
856-206-0421

**August 19th, 2024**

**Re: Notification of Change in Company's Main Corporate Address**

To Whom It May Concern:

We are sending this letter to notify your company of an address change for our Main Geographical Corporate Office. This change is in effect as of August 19th, 2024. Change in address is as follows:

| **Previous Corporate Office Address** | **New Corporate Office Address** |
|---|---|
| 2550 Paseo Verde Parkway, Suite 100<br>Henderson, NV 89074 | 2460 Paseo Verde Parkway, Suite 110<br>Henderson, NV 89074 |

Please send all correspondence to this new address and let us know if you have any questions or concerns in relation to this change.

Sincerely,

Theral Timpson
Compliance Manager
Village Capital & Investment LLC
thtimpson@villagecapital.com
928-846-4275

Page | 1