IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　GEORGE  C. FOX<br>　LAUREN   K. FOX<br><br>**Debtors** | CHAPTER 13<br><br>BANKRUPTCY NO.  20-10524-AMC |

CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

　Debtor

　　GEORGE  C. FOX
　　LAUREN   K. FOX
　　1964 OAKFORD AVENUE
　　FEASTERVILLE, PA  19053

B. and by electronic service only:

　Creditor

　　VILLAGE CAPITAL AND INVESTMENT, LLC
　　2460 PASEO VERDE PARKWAY
　　SUITE 110
　　HENDERSON, NV  89074

　Debtor's Attorney

　　CIBIK LAW, P.C.
　　1500 WALNUT STREET
　　SUITE 900
　　PHILADELPHIA, PA  19102


Dated: 10/22/2024

　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth E.West
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Kenneth E. West, Esquire
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee