Certificate Number: 16339-PAE-DE-039000675

Bankruptcy Case Number: 20-10524



16339-PAE-DE-039000675

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2024, at 10:28 o'clock AM EDT, George Fox completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 25, 2024             By:    /s/Kelley Tipton

                                      Name:  Kelley Tipton

                                      Title: Certified Financial Counselor