United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-10524-amc
George C. Fox | Chapter 13
Lauren K. Fox
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin      Page 1 of 3
Date Rcvd: Oct 28, 2024      Form ID: 138OBJ      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George C. Fox, Lauren K. Fox, 1964 Oakford Avenue, Feasterville, PA 19053-3665 |
| 14473787 | + | BCW & SA, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14463104 | + | BCWSA, PO BOX 3895, Lancaster, PA 17604-3895 |
| 14463105 | + | Bucks County Water & Sewer, PO Box 3333, Harleysville, PA 19438-0900 |
| 14463116 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14470179 | + | Hyundai Motor Finance, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14463119 | + | Lower Southampton Township, 1500 Desire Avenue, Feasterville, PA 19053-4496 |
| 14463125 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14463128 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14462637 | | Village Capital & Investment, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2024 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14463109 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14463110 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14463106 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2024 00:34:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14463107 | + | Email/Text: ecf@ccpclaw.com | Oct 29 2024 00:05:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14463111 | + | Email/Text: bankruptcy@philapark.org | Oct 29 2024 00:06:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14463112 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2024 00:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14463113 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2024 00:05:00 | Comenity/MPRC, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14464221 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2024 00:13:30 | Directv, LLC, by American InfoSource as agent, |

Case 20-10524-amc    Doc 82    Filed 10/30/24    Entered 10/31/24 00:37:30    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14464622 | | Email/Text: G06041@att.com | Oct 29 2024 00:06:00 | Directv, LLC, by American InfoSource as agent, PO BOX 5072, Carol Stream IL 60197-5072 |
| 14463114 | | Email/Text: bankruptcycourts@equifax.com | Oct 29 2024 00:05:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14463115 | ^ | MEBN | Oct 28 2024 23:49:38 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14467080 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 29 2024 00:06:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 14463117 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 29 2024 00:06:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain City, CA 92728-0829 |
| 14469518 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 29 2024 00:06:00 | Hyundai Motor Finance, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14463118 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2024 00:05:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14480753 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2024 00:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14463120 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2024 00:05:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14463121 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2024 00:05:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14463122 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 29 2024 00:13:06 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barr, PA 18773-9640 |
| 14463123 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 29 2024 00:14:49 | Naviet, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14461356 | | Email/PDF: cbp@omf.com | Oct 29 2024 00:12:50 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14463124 | + | Email/PDF: cbp@omf.com | Oct 29 2024 00:14:57 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14480741 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2024 00:15:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14479909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2024 00:15:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14463126 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2024 00:05:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14463127 | + | Email/Text: bankruptcy@philapark.org | Oct 29 2024 00:06:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14463129 | + | Email/Text: bankruptcy1@pffcu.org | Oct 29 2024 00:05:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14479559 | + | Email/Text: bankruptcy1@pffcu.org | Oct 29 2024 00:05:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14478928 | + | Email/PDF: bankruptcy_prod@navient.com | Oct 29 2024 00:14:05 | SLM BANK, c/o Navient Solutions, LLC, PO BOX 9000, Wilkes-Barre, PA 18773-9000 |
| 14478072 | | Email/PDF: bankruptcy_prod@navient.com | Oct 29 2024 00:14:05 | SLM BANK, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14463131 | | Email/Text: DASPUBREC@transunion.com | Oct 29 2024 00:05:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14463130 | + | Email/Text: bncmail@w-legal.com | Oct 29 2024 00:05:00 | Target, c/o Financial & Retail Srvs, Mailstop BT |

Case 20-10524-amc    Doc 82    Filed 10/30/24    Entered 10/31/24 00:37:30    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| 14463132 | Email/Text: bk@villagecapital.com | | POB 9475, Minneapolis, MN 55440-9475 |
|---|---|---|---|
| | | Oct 29 2024 00:05:00 | Village Capital & Investment, LLC, 2550 Paseo Verde Parkway, Ste. 100, Henderson, NV 89074 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14463108 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14482207 | *P++ | VILLAGE CAPITAL, ATTN ADAM MAAS, 2550 PASEO VERDE PARKWAY SUITE100, HENDERSON NV 89074-7129, address filed with court:, VILLAGE CAPITAL & INVESTMENT, LLC, 2550 Paseo Verde Parkway, Ste. 100, Henderson, NV 89074 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Village Capital & Investment  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor George C. Fox help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Lauren K. Fox help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Motor Finance wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 81 − 70

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    George C. Fox | ) | Case No. 20−10524−amc |
| | ) | |
| | ) | |
|    Lauren K. Fox | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 28, 2024                For The Court

                                                                                                Timothy B. McGrath
                                                                                 Clerk of Court